

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN E. DU PONT, | : | |
|     Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 06-0147 |
| | : | |
| PAUL STOWITZKY, ET AL., | : | |
|     Respondents. | : | |
| | : | |

**FILED**
SEP 18 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

<u>**ORDER**</u>

**AND NOW**, this 17th day of September, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Linda K. Caracappa and Petitioner's Objections to the Report and Recommendation, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The petition for Writ of *Habeas* is **DENIED** with prejudice; and

3. There is no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

*Petrese B. Tucker*
**Honorable Petrese B. Tucker, U.S.D.J.**